## United States District Court
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 18, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No.   2:24-MJ-00528-JAG |
| VICTOR JOHN STEVENSON, | ) |

## CRIMINAL COMPLAINT

I, Ethan C. Pendleton, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 26, 2024, in the county of Chelan in the Eastern District of Washington, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of Ammunition |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Methamphetamine |

This complaint is based on these facts:

☒ Continued on the attached sheet.



ETHAN C PENDLETON
Digitally signed by ETHAN C PENDLET
Date: 2024.10.18 14:19:13 -07'00'

_____
Complainant's signature

*Ethan C. Pendleton, HSI Special Agent*
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:   October 18, 2024

_____
Judge's signature

City and state:   Spokane, Washington

*James A. Goeke, United States Magistrate Judge*
_____
Printed name and title