FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

*AUSA Assigned: NHH*

*County of Investigation: Chelan*

*In Re: Affidavit in Support of Criminal Complaint for Victor John Stevenson*

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| County of Chelan | ) |

<u>Count 1</u>

18 U.S.C. §§ 922(g)(1), 924(a)(8) – *Felon in Possession of Ammunition*

<u>Count 2</u>

21 U.S.C. § 841(a)(1), (b)(1)(C), – *Possession with Intent to Distribute Methamphetamine*

## **AFFIDAVIT IN SUPPORT**

I, Homeland Security Investigations (HSI) Special Agent Ethan C. Pendleton,, being duly sworn, hereby states:

1. I am a Special Agent with Homeland Security Investigations and have been so since April 2023. I have received extensive training in a variety of investigative and legal matters of violations of federal and state law. I have participated in numerous investigations that involved firearms, narcotics, and various other violent crimes.

2. On September 26, 2024, VICTOR JOHN STEVENSON (herein "STEVENSON") reported to the Wenatchee Department of Corrections (DOC) Field

Affidavit - 2:24-MJ-00528-JAG - 1

Office (WFO), to provide a random urine sample. According to Community Corrections Officer (CCO) Marco Martinez-Medina's report from that day, STEVENSON tested positive onsite for methamphetamine. Community Corrections Supervisor (CCS) D. Miller deemed the violation willful and approved the arrest of STEVENSON. Based off of the presumptive positive urinalysis, and subsequent arrest, CCS Miller approved a search of STEVENSON's white Chevrolet Cruz that he had driven to the office, for evidence of drug use, in accordance with DOC policy and procedure.

3.  At that time, CCO Hein, initiated a search of STEVENSON's white Chevrolet Cruz (Washington License Plate# CNM0561). This vehicle is registered in STEVENSON's name. CCO Hein located a small digital scale in the backseat of the vehicle, and a small electronic combination safe in the trunk of the vehicle. CCS Miller authorized the CCO's to open the safe due to the key for the safe being on STEVENSON's person, and the safe being in the trunk of STEVENSON's vehicle. CCO's then opened the safe with a key from the keyring found in STEVENSON's pocket.

4.  During the search of the safe, CCO Martinez saw what appeared to be a firearm, a plastic bag with a crystalline substance that appeared to be methamphetamine, a smaller bag with unknown pink pills, and a large amount of U.S. currency. CCO Martinez stated in his report that the firearm frame was tan with

a black slide, and had a magazine inserted, which made him believe it was a real firearm at that time. CCS Miller was notified of the contents of the safe and the search was stopped at that time.

5. CCS Miller contacted the Columbia River Drug Task Force (CRDTF) for an agency assist, due to CCS Miller's knowledge of a CRDTF investigation into STEVENSON's potential involvement in a shooting that had taken place in Douglas County in early September. CCS Miller and CCO Martinez stayed with STEVENSON's vehicle and the evidence they had located, while CRDTF Detective J. Virnig requested a state search warrant for STEVENSON's vehicle, and contents.

6. Later that day, CRDTF Detective Virnig responded to the WFO parking lot with the signed search warrant, and detectives then searched the vehicle and the small electronic combination safe. CRDTF Detectives retrieved the crystalline substance from the safe, the bag with pink pills, a large amount of U.S. currency and the suspected firearm. CRDTF Detective Virnig removed the magazine from the firearm which had live ammunition and confirmed the firearm was authentic.

7. Pursuant to the search warrant, CRDTF Detectives recovered various items from the safe, including: a Polymer80 Inc. 9mm pistol (Serial #BEHW310), eight (8) Winchester 9mm bullets from the magazine in the

Polymer80 Inc. Pistol, 47.5 grams of suspected methamphetamine, 10.5 grams of suspected fentanyl pills, $19,000 dollars in U.S. currency, and loan repayment documentation bearing STEVENSON's name. Detectives recovered a digital scale from the back seat, and 7.5 grams of suspected methamphetamine from the drivers' side door of STEVENSON's vehicle.

8. Based upon my training and experience working narcotics investigations, the amount of suspected methamphetamine is well beyond what is considered personal use amounts. This, in combination with the firearm and cash inside the safe, and the presence of a small scale often used to weigh narcotics by drug dealers, is indicative that STEVENSON is involved in the sale of illegal narcotics. In addition, I have reviewed photos of the suspected methamphetamine, and it is consistent with the methamphetamine that I have encountered previously as a narcotics investigator.

9. Review of STEVENSON's criminal history reveals that he has fifteen previous felony convictions, to include three Unlawful Firearm Possession convictions, and possession of a stolen firearm. STEVENSON was sentenced to over one year of prison in at least one such case and therefore he is aware that he has been convicted of a crime punishable by over one year of imprisonment. STEVENSON therefore fits the definition of a felon laid out in 18 U.S.C. § 922(g)(1).

10.  I have been informed by Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Jared Tomaso that Winchester ammunition is not made in Washington State, and therefore there is probable cause to believe that the ammunition did in fact move in interstate commerce.

## **CONCLUSION**

11. Based on the aforementioned details, I submit that there is probable cause to believe that STEVENSON committed the offenses of 18 U.S.C. §§ 922(g)(1), 924(a)(8) – Felon in Possession of Ammunition, and 21 U.S.C. § 841(a) (1), (b)(1)(C) – Possession with Intent to Distribute Methamphetamine. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

ETHAN C PENDLETO
Digitally signed by ETHAN C PENDLETC
Date: 2024.10.18 14:18:25 -07'00'

Special Agent Ethan Pendleton
Homeland Security Investigations

Sworn to telephonically and signed electronically on this 18th day of October, 2024.

James A. Goeke
United States Magistrate Judge

Affidavit - 2:24-MJ-00528-JAG - 5