Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 07 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR JOHN STEVENSON,<br><br>Defendant. | INDICTMENT 2:24-cr-00147-MKD-1<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Ammunition<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute Methamphetamine and Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 853, 18 U.S.C.<br>§ 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about September 26, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit:

INDICTMENT – 1

Winchester 9mm caliber ammunition, which had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about September 26, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), all Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 1 of this Indictment, the Defendant, VICTOR JOHN STEVENSON, shall forfeit to the United States of America, any ammunition involved or used in the commission of the offense, including, but not limited to:

- Winchester 9mm caliber ammunition.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 841 as set forth in Count 2 of this Indictment, Defendant, VICTOR JOHN STEVENSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

INDICTMENT – 2

- $19,905.00 U.S. currency; and
- a Polymer80, Inc., PF940C, 9mm caliber pistol frame with a Glock slide that bears serial number BEHW310, and loaded 9mm Winchester ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this __6__ day of November 2024.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Nowles H._
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 3