FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2024

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** VICTOR JOHN STEVENSON          **CASE NO.** 2:24-cr-00147-MKD-1

TOTAL # OF COUNTS: 2          ☑ FELONY          ☐ MISDEMEANOR          ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of Ammunition | CAG not more than 15 years; a $250,000 fine; not more than 3 years supervised release; $100 special assessment. |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Methamphetamine and Fentanyl | CAG not more than 20 years; a $1,000,000 fine; not less than 3 years supervised release up to life; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |