FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>VICTOR JOHN STEVENSON,<br><br>     Defendant. | No. 2:24-CR-00147-RLP<br><br>**JUDGMENT OF ACQUITTAL ON COUNT 3** |
|---|---|

Defendant Victor John Stevenson's Motion to Dismiss Count Three of the Superseding Indictment was granted on February 18, 2026.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Mr. Stevenson is acquitted, discharged, and any bond exonerated of Count Three.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to the U.S. Probation Office.

**DATED** February 18, 2026

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

ORDER GRANTING MOTION FOR
JUDGMENT OF ACQUITTAL ~ 1